IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VOLKER STROBEL, HEIKE
STROBEL, and HANS BAUR,
in their individual capacities and on
behalf of UNC Holdings LLC,

      Plaintiffs/Counterclaim Defendants,

v.                                              No. CIV 18-0656 RB/KBM

UWE RUSCH and DR. MABEL
RUSCH,

      Defendants/Counterclaim Plaintiffs.

## ORDER

This matter comes before the Court on the Defendants "Request for Order Regarding Unfiled Supersedes Bond." The Court finds the request is well-taken and will be GRANTED.

WHEREAS, on December 2, 2020, the Court denied, as moot, the Defendants' Rule 62 Request to Stay Execution of the Judgment re Sanctions Pending Post-Trial Motions and Appeal and to Approve Supersedeas Bond.

WHEREAS, Defendants never posted the bond with the Court, because the Court never approved the bond. Accordingly, it is hereby:

ORDERED, that the bond was never previously at any liability, nor is the bond currently at any liability, because the Court never approved the posting of the bond, and

FURTHER ORDERED that the Defendants are entitled to a release of their collateral given that the bond is not, and never has been, formally posted, accepted, or authorized by the Court.

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE