IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| VOLKER STROBEL, et al. )<br>)<br>Plaintiffs/Counterclaim Defendants )<br>)<br>v. )<br>)<br>UWE RUSCH, et al. )<br>)<br>Defendants/Counterclaim Plaintiffs ) | Case No. 1:18-cv-00656-RB-JFR |

## MEMORANDUM IN SUPPORT OF THE DEFENDANTS MOTION TO WITHDRAW COUNTERCLAIM AS DEFENDANTS/ COUNTERCLAIM PLAINTIFFS

The Defendants respectfully move to Court to withdraw their counterclaim of breach of fiduciary duty against Plaintiff Volker Erwin Strobel.

Defendants make no counterclaim against Plaintiffs in this case.

This voluntary withdrawal is appropriate because his Honor Judge Brack decided and confirmed UNC-NM is the UNC-FL legal successor. Therefore, the defendants are satisfied and immediately initiate the trademark transfer of CORDIALS V.I.P. Drinks to UNC-NM.

Dated this 22th. Day of December, 2020

Mr. Uwe Rusch

Dr. Mabel Rusch
2624 Southwest 4th Avenue
Cape Coral, FL 33914-4414
Phone: (239) 810-7179
Email: ur@mindfoods.us

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, a copy of the foregoing Memorandum in Support of Motion to Withdraw was served electronically through the Court's CM/ECF system on all registered counsel.

/s/ Uwe Rusch
Uwe Rusch
