**WITNESS LISTS**

**Before the Honorable Robert C. Brack**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



Volker Strobel, et. al.

v.                                            Case No. 1:18-cv-00656-RB-JFR

Uwe Rusch, et. al.

**DEFENDANT'S WITNESS LIST**

| Witness (or Designation of Deposition testimony)[3] | Brief Description of Testimony |
|---|---|
| Volker Erwin Strobel | Shareholder decision in May 2, 2013 meeting, and Dec 2014 meeting stating to shareholders successful transfer execution |
| Gregor Fischer, Immofish Inc. | Plaintiff responsible duties and responsible for Trademark transfer |
| Dr. Mabel Rusch | Plaintiff confirmed successful Trademark transfer |

[3] Witnesses should be listed in the estimated order they will be called at trial.

Address of witness Gregor Fischer:

Balanstrasse 77
FRG-81539 Munich

Phone: +49 (179) 1700-506
E-Mail: cfo@vipdrinks.us