IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| VOLKER STROBEL, et al. ) <br> ) <br>    Plaintiffs/Counterclaim Defendants ) <br> ) <br> v. ) <br> ) <br> UWE RUSCH, et al. ) <br> ) <br>    Defendants/Counterclaim Plaintiffs ) | Case No. 1:18-cv-00656-RB-JFR |

**PLAINTIFFS' RESPONSE AND STIPULATION WITH RESPECT TO DEFENDANTS' MOTION TO WITHDRAW COUNTERCLAIM**

Plaintiffs herein, acting in response to Defendants' Motion to Withdraw their Counterclaim for breach of fiduciary duty [Doc. 193] and in accord with Rule 41(a)(1)(A)(ii), F.R.C.P., stipulate to Defendants' request and to the dismisal with prejudice of Defendants' counterclaim for breach of fiduciary duty.

                                        Respectfully submitted,

                                        /s/ Jeffrey L. Squires
                                        Jeffrey L. Squires
                                        PEACOCK LAW P.C.
                                        201 Third Street NW
                                        Suite 1340
                                        Albuquerque, NM  87102
                                        Tel.: (505)-998-6116
                                        jsquires@peacocklaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| VOLKER STROBEL, et al.  )<br>)<br>Plaintiffs/Counterclaim Defendants  )<br>)<br>v.  )<br>)<br>UWE RUSCH, et al.  )<br>)<br>Defendants/Counterclaim Plaintiffs  ) | Case No.  1:18-cv-00656-RB-JFR |

**CERTIFICATE OF SERVICE
FOR
PLAINTIFFS' RESPONSE AND STIPULATION WITH RESPECT TO DEFENDANTS'
MOTION TO WITHDRAW COUNTERCLAIM**

I hereby certify that on this 4th day of January 2021, a true and correct copy of Plaintiffs' Response and Stipulation with Respect to Defendants' Motion to Withdraw Counterclaim was filed through the Court's CM/ECF system causing the following counsel of record to be served:

Uwe Rusch
Dr.Mabel Rusch
2624 SW 4th Avenue
CApe Coral, FL 33914
Telephone:  239.810.7941
Facsimile:  239.214.0278 (fax)
info@mindfoods.us
*Pro se Defendants*

*/s/ Jeffrey L. Squires*