IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| VOLKER STROBEL, et al.  )<br>  )<br>   Plaintiffs/Counterclaim Defendants )<br>  )<br>v.  )<br>  )<br>UWE RUSCH, et al.  )<br>  )<br>   Defendants/Counterclaim Plaintiffs )  | Case No. 1:18-cv-00656-RB-JFR |

**STIPULATED REQUEST FOR CONTINUANCE OF TIME FOR FINAL PRETRIAL HEARING**

The Parties hereto, acting pursuant to Rule 6(b)(1)(A), F.R.C.P., stipulate to their request for a continuance of one week for the conduct of the final pretrial conference, currently scheduled to take place on Friday January 8, 2021. This continuance is requested to allow the parties to conclude settlement negotiations and reach settlement of this matter, and thus obviate the need for a pretrial conference and trial in this matter. The parties are optimistic they will be able to reach agreement on the terms of settlement prior to January 15, 2021.

The parties are submitting herewith a proposed order for the continuance requested.

Respectfully submitted,
/s/ Jeffrey L. Squires
Jeffrey L. Squires
PEACOCK LAW P.C.
201 Third Street NW, Suite 1340
Albuquerque, NM 87102
Tel.: (505)-998-6116
jsquires@peacocklaw.com

_____
Uwe Rusch

_____
Dr. Mabel Rusch

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| VOLKER STROBEL, et al.        ) | |
|                                                       ) | |
|   Plaintiffs/Counterclaim Defendants  ) | |
|                                                       ) | |
| v.                                              ) | Case No.  1:18-cv-00656-RB-JFR |
|                                                       ) | |
| UWE RUSCH, et al.              ) | |
|                                                       ) | |
|   Defendants/Counterclaim Plaintiffs  ) | |

**CERTIFICATE OF SERVICE
FOR
STIPULATED REQUEST FOR CONTINUANCE OF TIME FOR FINAL PRETRIAL HEARING**

I hereby certify that on this 5th day of January 2021, a true and correct copy of Plaintiffs' Stipulated Request for Conitnuance of Time for Final Pretrial Hearing was filed through the Court's CM/ECF system causing the following parties to be served:

Uwe Rusch
Dr.Mabel Rusch
2624 SW 4th Avenue
Cape Coral, FL 33914
Telephone:  239.810.7941
Facsimile:  239.214.0278 (fax)
info@mindfoods.us
*Pro se Defendants*

*/s/ Jeffrey L. Squires*