IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VOLKER STROBEL**, *et al.*,

        **Plaintiffs,**

v.                            No. 18-cv-0656 RB/KBM

**UWE RUSCH**, *et al.*,

        **Defendants.**

## ORDER

**THIS MATTER** comes before the Court on the parties' Stipulated Request for Continuance of Time for Final Pretrial Hearing. (Doc. 196.) The parties seek a one-week continuance of the final pretrial conference, currently scheduled for January 8, 2021, so that they may conclude settlement negotiations. (*See id.*) Finding good cause for the extension, the Court finds it will be **GRANTED**. The final pretrial conference currently set for January 8, 2021, is hereby **VACATED** and will be reset if necessary.

    **IT IS SO ORDERED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE