**CLERK'S MINUTES REGARDING**
**RULE 16 SETTLEMENT CONFERENCE**

**CASE NAME:**     *Strobel, et al. v. Rusch, et al.*

**CASE NUMBER**:     Civ. No. 18-656 RB/JFR

A Follow-Up Rule 16 Settlement Conference was conducted via Zoom before United States Magistrate Judge John F. Robbenhaar on Monday, January 4, 2021.

**APPEARANCES:**

**For Plaintiff**:              Jeffrey L. Squires

**With Clients**:             Volker Strobel, Hans Baur

**For Defendants Pro Se**:     Uwe Rusch

**RESULTS OF SETTLEMENT CONFERENCE**:

The case did not settle, but the parties will continue to finalize settlement terms with Judge Robbenhaar.[1]  The parties discussed moving the January 8, 2021 pre-trial conference to provide more time to finalize settlement negotiations, and the Court suggested the parties submit a motion and proposed order to Sr. District Judge Robert C. Brack.  If settlement terms are not finalized before January 15, 2021, the parties shall be prepared to attend a pre-trial conference.

**TIME SPENT IN SETTLEMENT CONFERENCE**:

3.5 hours.

**TIME SPENT IN PRE-SETTLEMENT SEPARATE CAUCASES:**

20 minutes.

---

[1] This hearing will continue on January 11, 2021, via telephonic conference.  *See* Doc. 198.