## CLERK'S MINUTES REGARDING
## RULE 16 SETTLEMENT CONFERENCE

On the record at ABQ-MJ7thFloorSouth_20210111_132942.dcr

**CASE NAME:**     *Strobel, et al. v. Rusch, et al.*

**CASE NUMBER**:     Civ. No. 18-656 RB/JFR

A Telephonic Follow-Up Rule 16 Settlement Conference was conducted via Zoom before United States Magistrate Judge John F. Robbenhaar on Monday, January 11, 2021 at 2:00 PM.

**APPEARANCES:**

**For Plaintiff**:     Jeffrey L. Squires

**With Clients**:     Volker Strobel, Hans Baur

**Pro Se Defendants**:     Uwe Rusch, Dr. Mabel Rusch

**RESULTS OF SETTLEMENT CONFERENCE**:

The case did settle.

**TIME SPENT IN SETTLEMENT CONFERENCE**:

9 minutes.

**TIME SPENT IN PRE-SETTLEMENT SEPARATE CAUCASES:**

N.A.