IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| VOLKER STROBEL, et al. | ) |
| | ) |
| Plaintiffs/Counterclaim Defendants | ) |
| | ) |
| v. | ) Case No.  1:18-cv-00656-RB-JFR |
| | ) |
| UWE RUSCH, et al. | ) |
| | ) |
| Defendants/Counterclaim Plaintiffs | ) |

**STIPULATION OF DISMISSAL**

The Parties to this action, Plaintiffs/Counterclaim Defendants by their undersigned counsel and Defendants/Counterclaim Plaintiffs Uwe Rusch and Dr. Mabel Rusch who are acting pro se, together acting pursuant to Rule 41(a)(1)(A)(ii), F.R.C.P., stipulate to the dismissal of their remaining claims in this matter, with prejudice.

/s/ Jeffrey L. Squires
Peacock Law P.C.
201 Third Street NW, Suite 1340
Albuquerque, NM  87102
Phone:  (505) 998-6116
Email:  jsquires@peacocklaw.com
*For Plaintiffs/Counterclaim Defendants*
*Volker Strobel, Heike Strobel and Hans Baur*

DEFENDANTS/COUNTERCLAIM PLAINTIFFS

Mr. Uwe Rusch

Dr. Mabel Rusch
2624 Southwest 4th Avenue
Cape Coral, FL 33914-4414
Phone:  (239) 810-7179
Email:  ur@mindfoods.us