IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VOLKER STROBEL**, *et al.*,

      **Plaintiffs,**

v.              No. 18-cv-0656 RB/KBM

**UWE RUSCH**, *et al.*,

      **Defendants.**

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Parties' Stipulation of Dismissal submitted by all Parties to this matter on January 11, 2021. (Doc. 201.) Finding that the Stipulation has been knowingly and properly executed by the Parties based on the case having been settled, as reflected in the Clerk's Amended Minutes Regarding Rule 15 Settlement Conference that took place on January 11, 2021 (Doc. 202), the claims of all Parties to this matter are hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE