# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| VOLKER STROBEL, ET AL.<br><br>v.<br><br>UWE RUSCH, ET AL. | Case No. 1:18-cv-00656-RB-JFR |

## ENTRY OF APPEARANCE OF ATTORNEY MENHART ON BEHALF OF INTERESTED PARTY LEXERO LAW

Undersigned kindly requests that the Clerk associate undersigned counsel Menhart as counsel for interested party Lexero Law.

Undersigned is former counsel for Defendants Uwe Rusch and Mabel Rusch. For purposes of clarity of the record, no longer represents Defendants Uwe Rusch and Mabel Rusch and is not making any new appearance on behalf of Defendants.

\* \* \*

Respectfully submitted,

/s/ Eric J. Menhart
Eric J. Menhart, Esq.*
Lexero Law
316 F St NE, Suite 101
Washington, DC 20002
Phone: 855-453-9376 Ext. 101
Fax: 855-453-9376
\* Admitted in U.S.D.C. for N.M.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via ECF and all parties of record were automatically notified via that system.

/s/ Eric J. Menhart
Eric J. Menhart, Esq.